In the Matter of Foy Productions, Ltd., et al., Appellants, against Frank P. Graves, as Commissioner of Education of the State of New York, Respondent.

Submitted April 12, 1938; decided May 17, 1938.

*Jonah J. Goldstein* and *Lawrence Kovalsky* for appellants.

*Charles A. Brind, Jr.*, and *Ernest E. Cole* for respondent.

Order affirmed, with costs; no opinion.

Concur: O'Brien, Hubbs, Loughran, Finch and Rippey, JJ. Dissenting: Crane, Ch. J., and Lehman, J.